IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FELISE MAMEA AND SIUILA MAMEA, | ) CIVIL NO. 08-00563 LEK-KSC |
| Plaintiffs, | ) FINDINGS AND<br>) RECOMMENDATION REGARDING<br>) UNITED STATES' OBJECTIONS |
| vs. | ) TO PLAINTIFFS' BILL OF<br>) COSTS |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

FINDINGS AND RECOMMENDATION REGARDING
UNITED STATES' OBJECTIONS TO PLAINTIFFS' BILL OF COSTS

Before the Court is United States of America's ("United States") Objections to Plaintiffs' Bill of Costs, filed June 17, 2011.

Pursuant to Rule 7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules"), the Court finds this matter suitable for disposition without a hearing. After reviewing the parties' submissions, the Court FINDS and RECOMMENDS that the United States' Objections be SUSTAINED, and that Plaintiffs' Bill of Costs be DENIED in its entirety as untimely.

As the parties and the Court are familiar with the history of this case, the Court limits the background to those facts bearing relevance to the instant Objections.

On February 18, 2011, U.S. District Judge Leslie Kobayashi issued a Findings of Fact and Conclusions of Law and Order. That same day, the Clerk of Court entered Judgment.

On March 8, 2011, pursuant to Federal Rules of Civil Procedure ("FRCP") 60(a) and (b) and 61, the United States filed a Motion for Relief from Judgment.

On March 24, 2011, pursuant to FRCP 60(b)(6) and Local Rule 60.1, the United States filed a Motion for Reconsideration for Lack of Subject Matter Jurisdiction.

On June 13, 2011, Plaintiffs Siuila and Felise Mamea ("Plaintiffs") filed a Bill of Costs.

## DISCUSSION

Plaintiffs move for taxation of costs in the amount of $23,562.67. The United States argues that

the Bill Of Costs is untimely and that certain costs are not permitted by the applicable statues or rules. The Court agrees.

Pursuant to Local Rule 54.2, Plaintiffs were required to file their Bill of Costs within 14 days of the entry of judgment, or by March 4, 2011. Local Rule 54.2. Local Rule 54.2 provides:

> Unless otherwise ordered by the court, a Bill of Costs shall be filed and served within fourteen (14) days of the entry of judgment, the entry of an order denying a motion filed under Fed. R. Civ. P. 50(b), 52(b), or 59, or an order remanding to state court any removed action. Non-compliance with this time limit shall be deemed a waiver of costs.

Local Rule 54.2(b). None of the tolling provisions apply here, as neither of the United States' motions were filed under FRCP 50(b), 52(b), or 59. Nor does this case involve remand to state court of a removed action. As such, Plaintiffs' more than 3 month delay in filing their Bill of Costs must be deemed a waiver of costs.

## CONCLUSION

In accordance with the foregoing, the Court

HEREBY RECOMMENDS that the United States' Objections, filed June 17, 2011, be SUSTAINED, and that Plaintiffs' Bill of Costs, filed June 13, 2011, be DENIED as untimely.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, June 21, 2011.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 08-00563 LEK-KSC; <u>Mamea, et al. v. United States of America</u>;
FINDINGS AND RECOMMENDATION REGARDING UNITED STATES' OBJECTIONS
TO PLAINTIFFS' BILL OF COSTS