IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| FELISE MAMEA AND SIUILA MAMEA,, | ) | 1:08-CV-00563-LEK-KSC |
|---|---|---|
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION REGARDING UNITED STATES' OBJECTIONS TO PLAINTIFFS' BILL OF COSTS |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION REGARDING UNITED STATES' OBJECTIONS TO PLAINTIFFS' BILL OF COSTS
===

Findings and Recommendation having been filed and served on all parties on June 21, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc No. 202, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 7, 2011.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

cc:all parties of record